Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★        ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00020-CV

Janelle **ADAIR** and Gary Adair,
Appellants

v.

Gabrielle **NESSOUR**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 337645
Honorable H. Paul Canales, Judge Presiding

PER CURIAM

Sitting:       Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: April 28, 2010

REVERSED AND REMANDED

Appellants appeal from a default judgment. The parties have filed a joint motion asking this court to "grant appellants' restricted appeal and to remand case to trial court." In the motion, the parties state that no reporter's record was made of the proceedings below and that there is no evidence to support the trial court's judgment; therefore, the judgment should be set aside and the cause remanded to the trial court. The motion is granted. As agreed by the parties, without consideration of the merits, we reverse the trial court's judgment dated July 30, 2009, and remand

the cause to the trial court for further proceedings. TEX. R. APP. P. 42.1(a), 43.2(d); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the party who incurred them.


PER CURIAM